**Eric R. REICHERT and Arthur L. Lebeau, Jr., Appellants,**

v.

**COMMISSIONERS OF FRANKLIN COUNTY, Missouri, Respondent.**

**No. ED 104360**

Missouri Court of Appeals, Eastern District, DIVISION THREE.

Filed: March 21, 2017

Application for Transfer to Supreme Court Denied May 16, 2017

Eric R. Reichert, Villa Ridge, MO, pro se.

each appointed counsel.

Arthur L. LeBeau, Jr., Villa Ridge, MO, pro se.

Mary Elizabeth Zastrow, Union, MO, for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

## ORDER

PER CURIAM.

Eric Reichert and Arthur LeBeau appeal from the judgment denying their petition for an injunction to prevent Franklin County from operating its county municipal court. We find no error of law and affirm. All motions on appeal are denied.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).